BEFORE THE FIRST DIVISION, NOVEMBER 23, 1965

No. 69620.—Bailey-Mora Co., Inc., et al. *v.* United States, protests 58/4233, etc. (El Paso).

Opinion by NICHOLS, J. In accordance with stipulation of counsel that the merchandise consists of finger joined molding similar in all material respects to that the subject of *Best Moulding Corporation* v. *United States* (*Brown, Alcantar & Brown, Inc., Party in Interest*) (51 CCPA 7, C.A.D. 829), the claim of the plaintiffs was sustained.

No. 69621.—P. L. Thomas & Co., Inc. *v.* United States, protests 65/660 and 65/3780 (New York).

Opinion by NICHOLS, J. In accordance with stipulation of counsel that the merchandise consists of coffee stirrers similar in all material respects to those the subject of Abstract 67164, the claim of the plaintiff was sustained.